```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
KNOWLEDGE R. BROWN,                                                      :
                                                                         :
                        Plaintiff,                                       :    13 Civ. 827 (JMF) (GWG)
                                                                         :
             -v-                                                         :    ORDER ADOPTING
                                                                         :    REPORT AND
COMMISSIONER OF SOCIAL SECURITY,                                         :    RECOMMENDATION
                                                                         :
                        Defendant.                                       :
                                                                         :
------------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/19/2014

JESSE M. FURMAN, United States District Judge:

     This Social Security case was referred to Magistrate Judge Gabriel W. Gorenstein for a Report and Recommendation.  In a Report and Recommendation filed on February 28, 2014, Magistrate Judge Gorenstein recommended that the Commissioner's motion for judgment on the pleadings be granted and that Plaintiff's motion be denied.  (Docket No. 28).

     The Report and Recommendation advised the parties that they had fourteen days from service of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object.  In addition, it expressly called Plaintiff's attention to Rule 72 of the Federal Rules of Civil Procedure and Title 28, United States Code, Section 636(b)(1).  Nevertheless, as of the date of this Order, no objections have been filed and no request for an extension of time to object has been made.  Accordingly, Plaintiff has waived the right to object to the Report and Recommendation or to obtain appellate review.  *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see also Caidor v. Onondaga County*, 517 F.3d 601 (2d Cir. 2008).

     Despite the waiver, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law.  Accordingly, it is hereby ORDERED that the Report and Recommendation is ADOPTED in its entirety.  The Commissioner's motion is GRANTED and Plaintiff's motion is DENIED.

     The Clerk of Court is directed to terminate Docket Nos. 16 and 25 and to close the case.

     SO ORDERED.

Dated: March 19, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge